# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 29 PM 2:00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SEAN ANTHONY NEWBERG,

    Plaintiff,

v.

SHERIFF MARK LUTTRELL, et al.,    CASE NO: 05-2054 Ml/P

    Defendants.

JUDGMENT IN A CIVIL CASE

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Correcting the Docket, Order Granting Leave to Amend, Order Assessing $150 Filing Fee, Order of Dismissal, Order Denying Appointment of Counsel, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee, entered August 29, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla

JON P. McCALLA
UNITED STATES DISTRICT COURT

Aug. 29, 2005
Date

THOMAS M. GOULD
Clerk of Court

/s/ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-30-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02054 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Sean Newberg
SHELBY COUNTY JAIL
04118656
201 Poplar Avenue
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT