IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SEAN ANTHONY NEWBERG,

    Plaintiff,

vs.                        No. 05-2054-Ml/P

SHERIFF MARK LUTTRELL, et al.,

    Defendants.

---

SECOND ORDER CORRECTING THE DOCKET
AND
ORDER DIRECTING CLERK TO MAIL DISMISSAL ORDER AND JUDGMENT
TO PLAINTIFF AT HIS CORRECT ADDRESS

---

Plaintiff Sean Anthony Newberg, RNI number 150171, who is currently an inmate at the Shelby County Detention Center ("SCDC") in Memphis, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on January 12, 2005 in connection with his previous confinement at the Shelby County Criminal Justice Complex ("Jail"), where his booking number was 04118656.[1] The Court issued an order on August 29, 2005 dismissing the action and certifying that an appeal would not be taken in good faith. Judgment was entered on August 30, 2005. Although the Clerk was instructed, in the August, 20, 2005 order, to correct the docket to reflect the plaintiff's current address at the SCDC, that instruction was not followed and, on September 7, 2005,

---

[1] This address was obtained from this plaintiff's most recent lawsuits, which were filed on June 20, 2005. In order to facilitate the delivery of the plaintiff's mail, the Clerk is ORDERED to correct the docket to reflect the plaintiff's current booking number.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-28-05

the plaintiff's copies of the dismissal order and judgment were returned by the post office.

The Clerk is ORDERED, for the second time, to correct the docket to reflect the plaintiff's current address and RNI number, which is to be found in case no. 05-2054-Ml/P (W.D. Tenn.). The Clerk is further ORDERED to mail copies of the August 29, 2005 order and judgment, forthwith, to the plaintiff at his correct address.

IT IS SO ORDERED this __27__ day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02054 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Sean Newberg
SCDC
04118656
1045 Mullins Station Road
Memphis, TN 38134

Honorable Jon McCalla
US DISTRICT COURT